UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE MARCELLIN,<br><br>Plaintiff,<br>v.<br><br>THE STATE OF WASHINGTON et al.,<br><br>Defendant. | CASE NO. 3:22-cv-05452-DGE<br><br>ORDER STRIKING TRIAL DATE AND MOTIONS IN LIMINE |

This matter comes before the Court on Plaintiff and Defendants' stipulated motion to "Strike Trial Date to seek Bankruptcy Court approval of tentative settlement agreement that the parties have reached." (Dkt. No. 79 at 1.) "The Parties have reached a tentative agreement to resolve the dispute and seek dismissal of the lawsuit, with prejudice and without costs or attorneys' fees to any Party.  However, since the Plaintiff has filed for bankruptcy, it is required that any settlement agreement be approved by the Bankruptcy Court Judge." (*Id.* at 1–2.)  The bankruptcy court will take at least twenty-one days to approve the settlement. (*Id.*)

ORDER STRIKING TRIAL DATE AND MOTIONS IN LIMINE - 1

Accordingly, and having considered Parties' stipulated motion, and the remainder of the record, the Court finds and ORDERS that Parties' stipulated motion is GRANTED.

1. The Court STRIKES the trial date of October 7, 2024.

2. The Court STRIKES Plaintiff's Motion in Limine (Dkt. No. 75).

3. The Court STRIKES Defendant's Motion in Limine (Dkt. No. 76).

4. The parties SHALL file a stipulated order of dismissal no later than October 11, 2024. In the event the parties have not received approval from the Bankruptcy Court by October 11, 2024, the parties SHALL file a joint status report no later than October 11, 2024, regarding status of the approval from the Bankruptcy Court.

5. The Clerk is directed to calendar this event.

Dated this 13th day of September, 2024.

David G. Estudillo
United States District Judge

ORDER STRIKING TRIAL DATE AND MOTIONS IN LIMINE - 2