The Honorable David Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MICHELLE MARCELLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF WASHINGTON; DEPARMENT OF CORRECTIONS; Kathy Reninger<br><br>    Defendants. | NO. 3:22-cv-05452-RJB<br><br>STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT KATHY RENINGER WITH PREJUDICE<br><br>**(CLERK'S ACTION REQUESTED)** |

COME NOW the parties in the above-captioned matter, having stipulated and agreed that all claims and counterclaims in the above-captioned action are hereby voluntarily dismissed with prejudice as to Defendant Kathy Reninger and Plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear their own costs and expenses, including attorneys' fees.

ORDERED this 31st day of October 2024

David G. Estudillo
United States District Judge

STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT KATHY RENINGER WITH PREJUDICE
NO.  3:22-cv-05452-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | KRAM & WOOSTER, P.S |
| *s/Elizabeth Olsen*<br>ELIZABETH ANNE OLSEN, WSBA 58702<br>Assistant Attorney General<br>7141 Cleanwater Drive SW<br>PO Box 40126<br>Olympia, WA 98504<br>Phone: (360) 586-6300<br>Fax: (360) 586-6655<br>OID #91023<br>Elizabeth.Olsen@atg.wa.gov | *s/Richard Wooster*<br>Richard Wooster, WSBA #13752<br>Devin Epp, WSBA #60037<br>Attorneys for Plaintiff<br>1901 South I Street<br>Tacoma, WA 98405<br>Rich@kjwmlaw.com<br>Devin@kjwmlaw.com |

STIPULATED ORDER OF DISMISSAL
AS TO DEFENDANT KATHY
RENINGER WITH PREJUDICE
NO.  3:22-cv-05452-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300